UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SARA STEWART, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK, N.A., a national bank; NDEX WEST, LLC, and DOES 1-100, INCLUSIVE,<br><br>　　　　　Defendants. | CASE NO.:  5:14-cv-02180-BRO-SP<br><br>**JUDGMENT OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>*[Assigned to the Hon Beverly Reid O'Connell, District Judge]* |

On December 1, 2014, the Court entered an Order granting the Motion to Dismiss Complaint [Doc. No. 11], filed by defendant WELLS FARGO BANK, N.A. (successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB) ("Wells Fargo"), and dismissing all claims for relief in the Complaint with prejudice.  Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1.　The Complaint is dismissed with prejudice;

2.　Judgment is entered in favor of defendant Wells Fargo, and against

1 | plaintiff Sara Stewart; and

2 |     3.    Plaintiff Sara Stewart shall take and recover nothing in this action
3 | from defendant Wells Fargo.

**IT IS SO ORDERED.**

Dated: December 4, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP